

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   **OCT 21 2021**
ω(

CAROL L. MICHEL
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 20-23** |
| **v.** | * | **SECTION: "A"** |
| **BRADLEY BRIGHT** | * | |
| | * | |

\* \* \*

## FACTUAL BASIS

The defendant, BRADLY BRIGHT, has agreed to plead guilty as charged to Count Two of the six-count Indictment.  Count Two charges the defendant with being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1).

Should this matter have gone to trial, the government would have proven, through the introduction of competent testimony and other admissible evidence, the following facts, beyond a reasonable doubt, to support the allegations in the Indictment now pending against the defendant:

On September 10, 2019, New Orleans Police Department Officers were conducting surveillance of a location near a store on Basin Street where various individuals frequently dealt drugs.  The Officers observed BRIGHT take money from someone and leave something on a window seal, which the person immediately grabbed.  Based on their training and experience, the Officers believed this interaction to be a drug sale, with BRIGHT being the seller.  In order to confirm their understanding of the observed interaction, the Officers stopped the suspected buyer shortly after the interaction with BRIGHT.  They found a crack pipe and a user amount of crack, which later field tested positive as cocaine base.



Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc. No_____

ʔ.ß



After confirming that the interaction had in fact been a crack cocaine sale, the Officers then tried to stop BRIGHT, who ran.   Officers maintained a visual on BRIGHT from the time of the sale until the attempted arrest.   Officers caught BRIGHT a block away, when BRIGHT fell to the ground.   BRIGHT dropped a .40 caliber handgun, which was fully loaded with 15 rounds and which had previously been reported stolen.

At the time of this event, BRIGHT knew that he had been convicted in a court of a crime punishable by imprisonment for a term in excess of one year.   BRIGHT had been convicted on August 18, 2017, in the Criminal District Court for Orleans Parish, State of Louisiana, Case Number 525-333, for aggravated battery, in violation of La. R.S. 14:34.   BRIGHT was sentenced to 32-months imprisonment for this offense.

Further investigation revealed that the .40 caliber handgun discussed above was a Ruger SR40c, .40 caliber semi-automatic pistol, bearing serial number 345-07149.   The weapon was manufactured outside the state of Louisiana and necessarily traveled in interstate commerce before BRIGHT possessed it on September 10, 2019.   The weapon also meets the definition of firearm in the relevant federal statutes.



2

This proffer of evidence is not intended to constitute a complete statement of all facts known to the government, but rather is a minimum statement of facts intended to prove the necessary factual predicate for the guilty plea. The limited purpose of this factual basis is to satisfy the Court that there is a sufficient basis in fact for BRIGHT's guilty plea.

_____   10/21/2021
David Haller                          Date
Assistant United States Attorney

_____   10/21/21
Bruce Ashley                          Date
Attorney for Bradley Bright

_____   10/21/21
Bradley Bright                        Date
Defendant

3